UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC Telecommunications, Inc.,
a Minnesota corporation,

Plaintiff,

v.

ADC Information Technologies, Inc.,
an Ohio Corporation,

Defendant.

Civil Action No.: 01-589 DSD/JMM

**ORDER**

Based upon the Stipulation of counsel, and the Court being duly advised in the premises, it is herewith ordered that Defendant ADC Information Technologies, Inc.'s time to answer or otherwise plead to the plaintiff's Complaint is extended to August 20, 2001.

Dated: August 3, 2001.

BY THE COURT:

Magistrate Judge John M. Mason

DN: 124157

FILED AUG 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC Telecommunications, Inc.,
a Minnesota corporation,

Plaintiff,

v.

ADC Information Technologies, Inc.,
an Ohio Corporation,

Defendant.

Civil Action No.: 01-589 DSD/JMM

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

The parties, by and through their undersigned counsel, hereby stipulate and agree that the Court may enter an Order to extend the time in which ADC Information Technologies may answer or otherwise plead to Plaintiff's Complaint until August 20, 2001. Plaintiff's Complaint was filed July 17, 2001. Counsel for Defendant was contacted yesterday, July 31, 2001, and subsequently retained. Defendant's responsive pleading is currently due on August 6, 2001. The parties have agreed that a two-week extension of the time to answer or otherwise plead to the Complaint would be reasonable and appropriate. Consequently, the parties jointly request that the Court enter the proposed Order granting an extension of time to answer or otherwise plead until August 20, 2001.

Dated: August 1, 2001

MERCHANT & GOULD P.C.

By: [signature]
Alan G. Carlson Reg. No. 14801
Scott W. Johnston Reg. No. 247558
Gregory C. Golla Reg. No. 267892
Suite 3200
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DN: 124157

Dated: August 1, 2001

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: [signature]

David T. Schultz Reg. No. 169730
Amanda M. Cialkowski Reg. No. 0306514
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANT ADC INFORMATION TECHNOLOGIES, INC.

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500