UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC TELECOMMUNICATIONS, INC., CIVIL NO. 01-589 (DSD/JMM)

Plaintiff,

v. ORDER

ADC INFORMATION TECHNOLOGIES, INC.,

Defendant.

The above matter came on before the undersigned upon the Parties' Stipulation to Extend the Time to Answer or Otherwise Plead.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that **Defendant's response to Plaintiff's Complaint shall be served and filed on or before August 24, 2001.**

Dated: August 21, 2001

JOHN M. MASON
United States Magistrate Judge

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC Telecommunications, Inc.,
a Minnesota corporation,

Plaintiff,

v.

ADC Information Technologies, Inc.,
an Ohio Corporation,

Defendant.

Civil Action No.: 01-589 DSD/JMM

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESOND TO COMPLAINT**

WHEREAS, the parties have been discussing the possibility of transferring the venue of this matter to the Southern District of Ohio; and

WHEREAS, in the event that the parties do not agree to such a venue transfer, ADC Information Technologies intends to bring a motion for dismissal due to lack of personal jurisdiction over the defendant; and

WHEREAS, the parties desire to avoid bringing that motion in the event that they agree to the venue transfer;

The parties, by and through their undersigned counsel, hereby stipulate and agree that the Court may enter an Order to extend the time in which ADC Information Technologies may answer or otherwise respond to Plaintiff's Complaint until August 27, 2001. The parties have agreed that a one-week extension of time to so plead would be reasonable and appropriate and consequently jointly request that the Court enter the Proposed Order granting the extension of time requested.

DN: 124157

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: August 16, 2001

MERCHANT & GOULD P.C.

By: ______________________________

Alan G. Carlson Reg. No. 14801
Scott W. Johnston Reg. No. 247558
Gregory C. Golla Reg. No. 267892
Suite 3200
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.

Dated: August 16, 2001

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: ______________________________

David T. Schultz Reg. No. 169730
Amanda M. Cialkowski Reg. No. 0306514
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANT ADC INFORMATION TECHNOLOGIES, INC.

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500