UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC Telecommunications, Inc.,
a Minnesota corporation,

Plaintiff,

v.

ADC Information Technologies, Inc.,
an Ohio Corporation,

Defendant.

Civil Action No.: 01-589 DSD/JMM

**ORDER**

Based upon the Stipulation of counsel, and the Court being duly advised in the premises, it is herewith ordered the matter is transferred to the United States District Court for the Southern District of Ohio.

Dated: August 23, 2001.

BY THE COURT:

United States District Court Judge David Doty

DN: 124157

FILED 8-23-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC Telecommunications, Inc.,
a Minnesota corporation,

Plaintiff,

v.

ADC Information Technologies, Inc.,
an Ohio Corporation,

Defendant.

Civil Action No.: 01-589 DSD/JMM

**STIPULATION TO TRANSFER VENUE TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION**

COMES NOW the parties, by and through their counsel of record, and stipulate and agree as follows:

WHEREAS, the counsel for both parties agree that Columbus, Ohio is the appropriate venue for the trial of this case;

WHEREAS, absent this agreement, the counsel for Defendant, ADC Information Technologies, Inc., would bring a motion to dismiss the case for lack of personal jurisdiction over Defendant;

WHEREAS, Counsel for both parties agree that the Court may enter an Order to transfer the above-captioned action to the United States District Court for the Southern District of Ohio, Eastern Division; and

DN: 124157

FILED ____
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

The counsel for both parties agree further that Defendant, ADC Information Technologies, Inc., will file its answer or otherwise plead within fourteen (14) days following notification by the Court that the matter has been transferred to the Southern District of Ohio.

Dated: August ~~16~~ 21, 2001

MERCHANT & GOULD P.C.

By: [signature]

Alan G. Carlson Reg. No. 14801
Scott W. Johnston Reg. No. 247558
Gregory C. Golla Reg. No. 267892
Suite 3200
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.

Dated: August 16, 2001

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: [signature]

David T. Schultz Reg. No. 169730
Amanda M. Cialkowski Reg. No. 0306514
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANT ADC INFORMATION TECHNOLOGIES, INC.

DN: 125395

S ECOND FAX NOTICE - PLEASE NOTE CORRECTED FILING DATE